## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| HOSEA L. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-CV-103-AGF |
| | ) | |
| ANITA CLARKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed *in forma pauperis* on appeal. As discussed in the Memorandum and Order issued May 13, 2020, plaintiff has accumulated more than three "strikes" pursuant to 28 U.S.C. § 1915(g)[1], and he does not qualify for the imminent danger exception. *See* ECF Nos. 5, 6. Therefore, plaintiff may not proceed *in forma pauperis* on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed *in forma pauperis* on appeal (ECF No. 9) is **DENIED**.

---

[1] *See Robinson v. City of St. Louis Division of Corrections, et al.*, No. 4:16-cv-1535-RWS (E.D. Mo. Dec. 30, 2016); *Robinson v. State of Missouri*, No. 4:18-cv-114-RLW (E.D. Mo. Jan. 29, 2018); *Robinson v. State of Missouri, et al.*, No. 4:18-cv-1225-JAR (E.D. Mo. Oct. 24, 2018); *Robinson v. State of Missouri, et al.*, No. 1:18-cv-297-NCC (E.D. Mo. Apr. 23, 2019); *Robinson v. State of Missouri, et al.*, No. 1:19-cv-99-SPM (E.D. Mo. Sept. 4, 2019); and *Robinson v. City of St. Louis, et al.*, 4:19-cv-1767-CDP (E.D. Mo. Sept. 4, 2019).

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 26th day of May, 2020.

                                                AUDREY G. FLEISSIG
                                                UNITED STATES DISTRICT JUDGE